UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRANCH BANKING AND TRUST COMPANY,

    Plaintiff,

vs.                                        **Case No. 3:09-CV-357-SPM/GRJ**

RANDALL HUGH SIMMONS,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court on its own motion. The Plaintiff has failed to comply with the Court's Order (doc. 6), requiring Plaintiff to file a written showing of good cause why this case should not be dismissed for want of prosecution and failure to serve process. The Plaintiff has not responded to the Order to Show Cause.

Based on the foregoing, it is ORDERED AND ADJUDGED that this case is hereby dismissed without prejudice for failure to prosecute pursuant to Northern District of Florida Local Rule 41.1(A).

**DONE AND ORDERED** this <u>sixteenth</u> day of June, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge